**FILED**
JAN - 3 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| RICARDO STRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. ARIES,<br><br>　　　　Defendant. | Case No. EDCV 11-0575-DMG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-entitled action is dismissed without prejudice.

DATED: December 29, 2011

_____
DOLLY M. GEE
United States District Judge