JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICARDO STRONG, | Case No. EDCV 11-0575-DMG (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| DR. ARIES, | |
| Defendant. | |

IT IS ADJUDGED that the above-entitled action is dismissed without prejudice.

DATED: December 29, 2011

DOLLY M. GEE
United States District Judge